B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
## Northern District of Georgia

| | | |
|---|---|---|
| In re | **Global Urban Innovative Development Enterprises, Inc.** | ) |
| | Debtor | ) Case No. **21-59093** |
| Address | **5682 Palazzo Way, Suite 106 Douglasville, GA 30134** | ) Chapter **11** |
| Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): | **82-4923540** | ) |
| Employer's Tax Identification (EIN) No(s). (if any): | **82-4923540** | ) |

## NOTICE OF MOTION TO DISMISS

**DEBTOR** has filed papers with the court to DISMISS THE BANKRUPTCY CASE.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to GRANT THE MOTION, or if you want the court to consider your views on the motion, then on or before **date**, you or your attorney must:

Attend the hearing to be scheduled to be held on THE 19TH JANUARY, 2022, at **10** a.m. in Courtroom 1204, United States Bankruptcy Court, 75 TED TURNER DRIVE, SW, ATLANTA, GA. 30303.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

| | |
|---|---|
| Date **January 10, 2022** | Signature **/s/ Greg Bailey** |
| | Name **Greg Bailey 032075 GA** |
| | Address **Atty. Greg T. Bailey & Assoc** |
| | **5682 Palazzo Way** |
| | **Douglasville, GA 30134** |

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Global Urban Innovative Development Enterprises, Inc.**　　　　　　　Case No.  **21-59093**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　Chapter  **11**

## DEBTOR'S MOTION TO DISMISS VOLUNTARY PETITION

The debtor, **Global Urban Innovative Development Enterprises, Inc.**, through its attorney, moves to dismiss this voluntary Chapter 11 case, and in support thereof respectfully represents:

1. The debtor filed a voluntary Chapter11 case on **December 6, 2021**.

2. The debtor has obtained financing to payoff the entire debt of the Creditor

3. Creditors who responded to inquiries from the undersigned attorney agreed that the case could be dismissed. Copies of the written consents to dismissal are attached to this motion.

4. The debtor is preparing tax returns for the Internal Revenue Services that show no debt to the agency.

5. It is in the best interest of the creditors that the case be dismissed.

WHEREFORE, the debtor respectfully requests that, after notice and a hearing, if requested, the Court enter an Order dismissing the debtor's Chapter 11 case.

Dated:  **January 10, 2022**　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:  **/s/ Greg Bailey**
　　　　　　　　　　　　　　　　　　　　　　　　**Greg Bailey**
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　**Atty. Greg T. Bailey & Assoc**
　　　　　　　　　　　　　　　　　　　　　**5682 Palazzo Way**
　　　　　　　　　　　　　　　　　　　　　**Douglasville, GA 30134**
　　　　　　　　　　　　　　　　　　　　　**4043971975**
　　　　　　　　　　　　　　　　　　　　　**attygregtbailey@msn.com**

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Global Urban Innovative Development Enterprises, Inc.**                         Case No.  **21-59093**
                                                              Debtor(s)                  Chapter  **11**

## CERTIFICATE OF SERVICE

I hereby certify that on  **January 10, 2022**, a copy of  MOTION FOR DISMISSAL was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**BSI Financial Services**
**INTERNAL REVENUE SERVICES,**

/s/ Greg Bailey
**Greg Bailey**
**Atty. Greg T. Bailey & Assoc**
**5682 Palazzo Way**
**Douglasville, GA 30134**
**4043971975Fax:4043937528**
**attygregtbailey@msn.com**